# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02519-WYD

CITIZENS FOR A HEALTHY COMMUNITY;
HIGH COUNTRY CONSERVATION ADVOCATES;
CENTER FOR BIOLOGICAL DIVERSITY; and
WILDEARTH GUARDIANS,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;
RYAN ZINKE, in his official capacity as U.S. Secretary of the Interior; and
DANA M. WILSON, in her official capacity as Acting Southwest District Manager,

    Federal Defendants.

---

## PROOF OF SERVICE
---

Plaintiffs, through their undersigned counsel, hereby submit proof of service in this case pursuant to Fed. R. Civ. P. 4(l).  On October 30, 2017, copies of the summons, complaint (petition for review of an agency action and injunctive relief), plaintiffs' corporate disclosure statement, judges' orders regarding preparation of a joint case management plan, and the court's notice of availability of a magistrate judge and consent/non-consent forms in the above captioned case were sent via U.S. Postal Service first class, certified mail, return receipt requested to all Federal Defendants in this matter, the U.S. Attorney for the District of Colorado, and the U.S. Attorney General, addressed as follows:

1

| | |
|---|---|
| U.S. Bureau of Land Management<br>Department of the Interior<br>1849 C. Street NW, Rm. 5665<br>Washington, D.C. 20240 | Civil Process Clerk<br>The U.S. Attorney's Office<br>District of Colorado<br>1801 California St., Ste. 1600<br>Denver, CO 80202 |
| Ryan Zinke<br>U.S. Secretary of the Interior<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |
| Dana M. Wilson<br>Acting Southwest District Manager<br>U.S. Bureau of Land Management<br>2465 S. Townsend Ave.<br>Montrose, CO 81401 | |

Executed summonses, proof of service forms, receipts, and USPS online tracking information for the above referenced certified mailings are attached hereto. Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

RESPECTFULLY SUBMITTED this 7th day of November, 2017,

*/s/ Kyle J. Tisdel*
Kyle J. Tisdel, CO Bar No. 42098
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico  87571
(575) 613-8050
tisdel@westernlaw.org

*/s/ Allison Melton*
Allison N. Melton, CO Bar No. 45088
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
amelton@biologicaldiversity.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2017, I electronically filed the foregoing Proof of Service, and attachments, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered participants in this case.

I further certify that at the time of this filing, counsel has not yet been assigned for the Federal Defendants in this matter.

/s/ Kyle J. Tisdel
Kyle J. Tisdel, CO Bar No. 42098
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico  87571
(575) 613-8050
tisdel@westernlaw.org

*Counsel for Plaintiffs*