AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE, in his capacity as U.S. Secretary of the Interior; and DANA M. WILSON, in her capacity as Acting Soutwest District Manager, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Civil Action No. 17-2519 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Bureau of Land Management
1849 C Street NW, Rm. 5665
Washington, D.C. 20240

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kyle Tisdel
    Western Environmental Law Center
    208 Paseo del Pueblo Sur, #602
    Taos, New Mexico 87571

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    10/23/2017                                                      s/ C. Madrid
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-2519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Bureau of Land Management**
was received by me on *(date)* **10/30/2017**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons, complaint, corporate disclosure statement, orders regarding preparation of a joint case management plan, and the Court's notice of availability of a magistrate judge and consent/non-consent forms were sent via U.S. Postal Service first class, certified mail, return receipt requested on October 30, 2017. Same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/06/2017**

_____
Server's signature

**Dina M. Gonzales, Administrative Coordinator**
Printed name and title

**208 Paseo del Pueblo Sur, #602**
**Taos, NM 87571**
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70150640000406514715

Delivered

**Expected Delivery on:** Monday, November 6, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 6, 2017, 8:23 am** | Delivered, Left with Individual | WASHINGTON, DC 20240 |

Your item was delivered to an individual at the address at 8:23 am on November 6, 2017 in WASHINGTON, DC 20240.

| | | |
|---|---|---|
| November 5, 2017, 11:00 am | Business Closed | WASHINGTON, DC 20240 |
| November 5, 2017, 10:27 am | Arrived at Hub | WASHINGTON, DC 20018 |
| November 3, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20240 |
| November 2, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20240 |
| November 1, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20240 |
| October 31, 2017, 1:38 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 10:52 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 5:29 pm | Departed Post Office | TAOS, NM 87571 |
| October 30, 2017, 4:45 pm | USPS in possession of item | TAOS, NM 87571 |

See Less ︿

**Available Actions**

Text & Email Updates

Return Receipt Email

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20240     OFFICIAL USE

| Certified Mail Fee | $3.35 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $1.43 |
| ☒ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.61 |
| Total Postage and Fees | $6.41 |

Postmark Here — OCT 30 2017 — TAOS NM — 87571-9998

Sent To: U.S. Bureau of Land Management
Street and Apt. No., or PO: Department of the Interior
City, State, ZIP+4®: 1849 C. Street NW, Rm. 5665
Washington, D.C. 20240

PS Form 3800, April 20[...]

7015 0640 0004 0651 4715



Date: November 6, 2017

Dina Gonzales:

The following is in response to your November 6, 2017 request for delivery information on your Certified Mail™ item number 70150640000406514715. The delivery record shows that this item was delivered on November 6, 2017 at 8:23 am in WASHINGTON, DC 20240. The scanned image of the recipient information is provided below.

Signature of Recipient : *Young*

Address of Recipient : *20240*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS<br>*Plaintiff(s)*<br>v.<br>U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE, U.S. SECRETARY OF THE INTERIOR; DANA M. WILSON, ACTING SOUTHWEST DISTRICT MANAGER<br>*Defendant(s)* | Civil Action No. 17-2519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Zinke
U.S. Secretary of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/23/2017

s/ C. Madrid
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-2519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ryan Zinke, U.S. Secretary of the Interior
was received by me on *(date)* 10/30/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons, complaint, corporate disclosure statement, orders regarding preparation of a joint case management plan, and the Court's notice of availability of a magistrate judge and consent/non-consent forms were sent via U.S. Postal Service first class, certified mail, return receipt requested on October 30, 2017. Same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/06/2017

Server's signature

Dina M. Gonzales, Administrative Coordinator
Printed name and title

208 Paseo del Pueblo Sur, #602
Taos, NM 87571
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000406514722

▶  ▶  ▶ **Delivered**

**Expected Delivery on:** Monday, November 6, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 6, 2017, 8:23 am** | **Delivered, Left with Individual** | **WASHINGTON, DC 20240** |

Your item was delivered to an individual at the address at 8:23 am on November 6, 2017 in WASHINGTON, DC 20240.

| | | |
|---|---|---|
| November 5, 2017, 11:00 am | Business Closed | WASHINGTON, DC 20240 |
| November 5, 2017, 10:27 am | Arrived at Hub | WASHINGTON, DC 20018 |
| November 3, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20240 |
| November 2, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20240 |
| November 1, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20240 |
| October 31, 2017, 1:38 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 10:52 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 5:29 pm | Departed Post Office | TAOS, NM 87571 |
| October 30, 2017, 4:45 pm | USPS in possession of item | TAOS, NM 87571 |

**Available Actions**

See Less ∧

Text & Email Updates

Return Receipt Email

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20240  OFFICIAL USE

| Certified Mail Fee | $3.35 | 0571 |
| $ | $0.00 | 03 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☒ Return Receipt (electronic) | $ $0.00 | TAOS NM Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.61 | 10/30/2017 |
| $ | | |
| Total Postage and Fees | $6.41 | 87571-9998 |
| $ | | |

Sent To  Ryan Zinke
Street and Apt. No., or PO Box No.  U.S. Secretary of the Interior
                                    Department of the Interior
City, State, ZIP+4®                 1849 C Street, N.W.

PS Form 3800, April 2015 PSN 7530-0  Washington, D.C. 20240

7015 0640 0004 0651 4722



Date: November 6, 2017

Dina Gonzales:

The following is in response to your November 6, 2017 request for delivery information on your Certified Mail™ item number 70150640000406514722.  The delivery record shows that this item was delivered on November 6, 2017 at 8:23 am in WASHINGTON, DC  20240. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Young*

Address of Recipient :

*20240*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS<br>*Plaintiff(s)*<br>v.<br>U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE, in his capacity as U.S. Secretary of the Interior; and DANA M. WILSON, in her capacity as Acting Soutwest District Manager,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-2519<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dana M. Wilson
Acting Southwest District Manager
2465 S. Townsend Ave.
Montrose, CO 81401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____10/23/2017_____          _____s/ C. Madrid_____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-2519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dana M. Wilson, Acting Southwest District Manager, U.S. Bureau of Land Management__
was received by me on *(date)* __10/30/2017__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons, complaint, corporate disclosure statement, orders regarding preparation of a joint case management plan, and the Court's notice of availability of a magistrate judge and consent/non-consent forms were sent via U.S. Postal Service first class, certified mail, return receipt requested on October 30, 2017. Same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/06/2017__

_____
Server's signature

Dina M. Gonzales, Administrative Coordinator
Printed name and title

208 Paseo del Pueblo Sur, #602
Taos, NM 87571
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000406514746

▸  ▸  ▸ **Delivered**

**Expected Delivery by:** Thursday, November 2, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 2, 2017, 12:13 pm | Delivered, Front Desk/Reception | MONTROSE, CO 81401 |

Your item was delivered to the front desk or reception area at 12:13 pm on November 2, 2017 in MONTROSE, CO 81401.

| | | |
|---|---|---|
| November 2, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO MONTROSE, CO 81401 |
| November 1, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO MONTROSE, CO 81401 |
| October 31, 2017, 1:38 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 10:52 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 5:29 pm | Departed Post Office | TAOS, NM 87571 |
| October 30, 2017, 4:45 pm | USPS in possession of item | TAOS, NM 87571 |

See Less ∧

## Available Actions

Text & Email Updates

Return Receipt Email

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

MONTROSE, CO 81401    OFFICIAL USE

Certified Mail Fee  $3.35                                    0571
$                          $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $1.45
☒ Return Receipt (electronic)     $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required        $ $0.00      OCT 30 2017
☐ Adult Signature Restricted Delivery $
Postage                                        10/30/2017
$                          $1.61               87571-9998
Total Postage and Fees
$                          $6.41
Sent To          Dana M. Wilson
Street and Apt. No., or PO Box   Acting Southwest District Manager
                 U.S. Bureau of Land Management
City, State, ZIP+4®
                 2465 S. Townsend Ave.
PS Form 3800, April 2015   Montrose, CO 81401

7015 0640 0004 0651 4746

**UNITED STATES POSTAL SERVICE**

Date: November 3, 2017

Dina Gonzales:

The following is in response to your November 3, 2017 request for delivery information on your Certified Mail™ item number 70150640000406514746.  The delivery record shows that this item was delivered on November 2, 2017 at 12:13 pm in MONTROSE, CO  81401. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient : 2465 S. Townsend

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service