USPS.com® - USPS Tracking® Results

https://tools.usps.com/go/TrackConfirmAction?tLabels=7015+0640+00...

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000406514753

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: 9590940227696351605312
(/go/TrackConfirmAction?tLabels=9590940227696351605312)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 3, 2017, 1:23 pm** | Delivered, To Agent | DENVER, CO 80202 |

Your item has been delivered to an agent at 1:23 pm on November 3, 2017 in DENVER, CO 80202.

| | | |
|---|---|---|
| November 3, 2017, 9:07 am | In Transit to Destination | ON ITS WAY TO DENVER, CO 80202 |
| November 2, 2017, 9:07 am | Departed USPS Regional Facility | DENVER CO DISTRIBUTION CENTER |
| November 2, 2017, 7:19 am | Arrived at USPS Regional Facility | DENVER CO DISTRIBUTION CENTER |
| November 1, 2017, 9:38 am | In Transit to Destination | ON ITS WAY TO DENVER, CO 80202 |
| October 31, 2017, 1:38 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 10:52 pm | Arrived at USPS Facility | ALBUQUERQUE, NM 87101 |
| October 30, 2017, 5:29 pm | Departed Post Office | TAOS, NM 87571 |
| October 30, 2017, 4:45 pm | USPS in possession of item | TAOS, NM 87571 |



SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Civil Process Clerk
The U.S. Attorney's Office
District of Colorado
1801 California St., Ste. 1600
Denver, CO 80202

9590 9402 2769 6351 6053 12

2. Article Number (Transfer from service label)
7015 0640 0004 0651 4753

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☒ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Thomas Dillard    11/3/2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Date: November 3, 2017

Dina Gonzales:

The following is in response to your November 3, 2017 request for delivery information on your Certified Mail™ item number 70150640000406514753.  The delivery record shows that this item was delivered on November 3, 2017 at 1:23 pm in DENVER, CO 80202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :          1801   CALIFORNIA ST

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service