IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-02519-LTB-GPG

Citizens for a Healthy Community, *et al.*,

    Petitioners,

v.

U.S. Bureau of Land Management, *et al.*,

&

    Respondents,

SG Interests I, Ltd. and SG Interests VII, Ltd.,

    Intervenor-Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF REMEDY BRIEFING**

---

On March 27, 2019, the Court ruled on the parties' summary judgment briefing and issued a ruling partially adverse to the Defendants. *See* ECF No. 53. The Court also directed the parties to confer on an appropriate remedy and if, the parties could not reach agreement, submit briefing on remedy on or before May 6, 2019. *Id.* The parties will require additional time to confer and determine whether remedy briefing will be needed.

Due to workload demands in other cases and an upcoming trial, Counsel for the United States needs the additional time to confer with her clients. The parties have conferred and agree

that an enlargement of time until June 20, 2019 for the filing of remedy briefs is needed.  This enlargement of time will ensure adequate time for negotiations.

Accordingly, the parties request an extension of time up to and until **June 20, 2019** to file remedy briefing, if needed.

Respectfully submitted this 6th of May 2019.

                                            JEAN E. WILLIAMS

                                            Deputy Assistant Attorney General

                                            */s/ Tanya Nesbitt*

                                            TANYA NESBITT
                                            Trial Attorney
                                            United States Department of Justice
                                            Environment & Natural Resources Division
                                            Natural Resources Section
                                            601 D Street N.W.
                                            Washington, D.C.  20004
                                            Telephone: 202-305-0457
                                            Email: tanya.nesbitt2@usdoj.gov

                                            *Attorneys for Federal Respondents*

## **CERTIFICATE OF SERVICE**

      I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                      */s/ Tanya Nesbitt*

                                                      TANYA NESBITT