**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  17-cv-02519-LTB-GPG

CITIZENS FOR A HEALTHY COMMUNITY;
HIGH COUNTRY CONSERVATION ADVOCATES;
CENTER FOR BIOLOGICAL DIVERSITY;
WILDEARTH GUARDIANS, and
WILDERNESS WORKSHOP;

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;
RYAN ZINKE, in his official capacity as U.S. Secretary of the Interior;
DANA M. WILSON, in her official capacity as Acting Southwest District Manager;
UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture;
SONNY PERDUE, in his official capacity as U.S. Secretary of Agriculture; and
SCOTT G. ARMENTROUT, in his official capacity as Forest Supervisor;

      Respondents,

SG INTERESTS I, LTD., and
SG INTERESTS VII, LTD.,

      Intervenor-Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Federal Defendants' Unopposed Motion for Second Extension of Time for Remedy Briefing (Doc 57 - filed June 19, 2019) is **GRANTED up to and including July 22, 2019**.

Dated:   June 20, 2019
_____